IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS CAREY SMITH, #43131** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:20cv183-HSO-BWR |
| | § | |
| **BURL CAIN, et al.** | § | **RESPONDENTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [18] of United States Magistrate Judge Bradley W. Rath, entered in this case on December 16, 2022. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [18], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of January, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE